THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* HENRY HEIMOWITZ, Now Known as HENRY HYMES, Appellant.

Submitted February 21, 1955; decided February 28, 1955.

*Henry Heimowitz,* in person, for motion.

No one opposed.

Motion granted and Edward T. Boyle, Esq., 210 Metcalf Building, Auburn, New York, assigned as counsel to defendant on the appeal herein.

GUSSIE PERLMUTTER, Respondent, *v.* BETH DAVID HOSPITAL, Appellant and Third-Party Plaintiff. BLOOD TRANSFUSION ASSOCIATION, Third-Party Defendant.

Submitted February 21, 1955; decided February 28, 1955.

Motion for reargument denied, with $10 costs and necessary printing disbursements. [See 308 N. Y. 100.]